1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   cm@SoCalEAG.com

Attorneys for Plaintiff, MIRIAM MALDONADO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO,<br><br>    Plaintiff,<br><br>vs.<br><br>CONCHITA COSSIO D/B/A CONI' SEAFOOD; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:24-cv-05166-RGK (JPRx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MIRIAM MALDONADO ("Plaintiff") and Defendant CONCHITA COSSIO D/B/A CONI' SEAFOOD stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: September 6, 2024   SO. CAL. EQUAL ACCESS GROUP

By:   /s/ Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

DATED: September 6, 2024   Law Office of Carlos Martinez-Couoh

By:   [signature]
Carlos Martinez-Couoh, Esq.
Attorneys for Defendant
CONCHITA COSSIO D/B/A CONI' SEAFOOD

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 6, 2024   By: /s/ Jason J. Kim
Jason J. Kim